■ In the Matter of MACKSON P. McDOWALL, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [864 NYS2d 337]—Order entered denying motion to vacate orders of this Court. Memorandum: Respondent accepted service of the orders that he seeks to vacate on October 2, 2006. This motion was filed nearly two years later, on August 21, 2008. Consequently, the motion is denied as untimely (*see* CPLR 5015 [a] [1]). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ.

■ In the Matter of JAMES JOHN DRAKE, an Attorney, Resignor. [864 NYS2d 336]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Aug. 6, 2008.)

■ In the Matter of R. LYNETTE COPELAND, an Attorney, Resignor. [864 NYS2d 335]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Lunn, J.P., Fahey, Green and Pine, JJ. (Filed July 29, 2008.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC A. BRETTI, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PITTS, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL A. TORRES, JR., Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSMOND K. BROWN, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL E. ROBINSON, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LEE, Appellant. [864 NYS2d 379]—Motion for writ of error